# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>EZEQUIEL PICAZO-AMBRIZ,<br><br>                    Defendant. | CASE NO. 13CR0644-MMA<br><br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

   8 USC 1324 (a)(1)(A)(I) and (v)(II) - Bringing in Illegal Aliens

   and Aiding and Abetting

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/5/13

William McCurine, Jr.
U.S. Magistrate Judge